UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------

FR. FABIÁN ARIAS,

STEPHEN KELLY,

LAURA McCALLUM,

DEBORA NATHAN,

DR. ZOEY PHILLIPS,

*Plaintiffs,*                                                              Civil Case 26-2130

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,
and TODD LYONS, in his official capacity as Acting
Director of U.S. Immigration and Customs Enforcement,
500 12th St. SW, Washington, D.C. 20536,

U.S. DEPARTMENT OF HOMELAND SECURITY, and
KRISTI NOEM, in her official capacity as Secretary of the
U.S. Department of Homeland Security,
2707 Martin Luther King Jr. Ave SE, Washington, D.C.
20528,

U.S. DEPARTMENT OF JUSTICE, and PAMELA BONDI,
in her official capacity as U.S. Attorney General,
950 Pennsylvania Ave., NW, Washington, DC 20530,

GENERAL SERVICES ADMINISTRATION, and
EDWARD FORST, in his official capacity as Administrator
of General Services,
1800 F Street NW, Washington, DC 20405,

*Defendants.*

-----------------------------------------------------------------

MOTION FOR CLASS CERTIFICATION

Plaintiffs hereby move this Court for an Order certifying the following class pursuant to Rules
23(a) and 23(b)(2) of the Federal Rules of Civil Procedure:

"All persons who are or will be subjected to Defendants' enforcement within the court's
jurisdiction."

Plaintiffs further request that Stephen Kelly be appointed as class counsel pursuant to
Rule 23(g).

- 2 -

This action challenges policies and practices that apply generally to the proposed class, such that final injunctive and declaratory relief is appropriate respecting the class as a whole.

Respectfully submitted,

/s/ Stephen Kelly

Counsel for the Plaintiffs

Dated: March 16, 2026