# APPLICATION/PERMIT FOR USE OF SPACE IN PUBLIC BUILDINGS AND GROUNDS

**OMB Control Number: 3090-0044**
**Expiration Date: 6/30/2028**

Public reporting burden of this collection of information is estimated to average 20 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Facilities Management (PM), GSA Public Buildings Service, Washington, DC 20405.

**INSTRUCTIONS:** This form allows the Applicant to request the use of federally owned property in accordance with 40 U.S.C. § 581(h) and Federal Management Regulation 41 C.F.R. part 102-74, subpart D. The Applicant must accurately describe the proposed use and, if approved, the form will serve as the permit for that use. Please submit the form to the federal property manager responsible for the property.

Note: If the proposed use is a farmers market, the Applicant must confer with the Federal property manager and regional counsel to determine whether a permit (GSA 3453); a license (GSA 1582); or an outlease is the appropriate vehicle for the specific circumstances of each market.

## PART I - APPLICATION

### APPLICANT

| FIRST NAME | MIDDLE | LAST NAME | MAILING ADDRESS |
|---|---|---|---|
| | | | STREET |

| TELEPHONE NUMBER | EXTENSION | EMAIL ADDRESS | |
|---|---|---|---|
| | | | CITY / STATE / ZIP CODE |

### SPONSOR, PROMOTER OR CONDUCTOR OF PROPOSED ACTIVITY

| NAME OF PERSON OR ORGANIZATION | MAILING ADDRESS |
|---|---|
| | STREET |

TELEPHONE NUMBER

| AREA CODE | PHONE | EXTENSION | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| | | | | | |

### SUPERVISION OF/AND RESPONSIBILITY FOR THE PROPOSED ACTIVITY

| NAME OF PERSON | MAILING ADDRESS |
|---|---|
| | STREET |

TELEPHONE NUMBER

| AREA CODE | PHONE | EXTENSION | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| | | | | | |

DESCRIPTION OF PROPOSED ACTIVITY

| PROPOSED BUILDING | PROPOSED AREA |
|---|---|
| | |

| PROPOSED DATES AND HOURS DURING WHICH THE ACTIVITY IS TO BE CARRIED OUT | | | APPROXIMATE NUMBER OF PERSONS TO BE ENGAGED IN THIS ACTIVITY (*If known*) |
|---|---|---|---|
| FROM | TO | HOURS | |

**IMPORTANT:** If applicant purports to represent an organization, a letter or other documentation that the applicant has authority to represent that organization is required to be submitted with this form.

APPLICANTS PROPOSING TO ENGAGE IN THE SOLICITATION OF FUNDS MUST CHECK ONE OF THE FOLLOWING STATEMENTS:

I HEREBY CERTIFY THAT:

☐ I represent and will be soliciting funds for the sole benefit of a religion or religious group;

☐ My organization has received an official Internal Revenue Service (IRS) ruling or letter of determination stating that the organization or its parent organization qualifies for tax-exempt status under 26 U.S.C. 501(c)(3), (c)(4), or (c)(5); or

☐ My organization has applied to the IRS for a determination of tax-exempt status under 26 U.S.C. 501(c)(3), (c)(4), or (c)(5), and that the IRS has not yet issued a final administrative ruling or determination of such status.

CERTIFICATION: I CERTIFY that the above information is true and correct.

| SIGNATURE OF APPLICANT | DATE SIGNED |
|---|---|
| | |

## PART II - PERMIT *(TO BE COMPLETED BY GSA ONLY)*

### DESIGNATED BUILDING AND AREA, ACTUAL DATES AND HOURS, FOR WHICH ACTIVITY APPROVED

| BUILDING | AREA | FROM | TO | HOURS |
|---|---|---|---|---|
| | | | | |

### GSA APPROVING OFFICIAL

| SIGNATURE | NAME OF OFFICIAL | DATE SIGNED |
|---|---|---|
| | | |

**GENERAL SERVICES ADMINISTRATION**　　　　　　　　　　　　**GSA 3453 (REV. 1/2016)**

**PART III - CONDITIONS**

By submitting this form, Applicant agrees to the following terms and conditions:

Applicant will conduct the proposed activity strictly in accordance with the description of the activity in this permit.

Applicant must submit, as part of this permit, a copy, sample or accurate description of any materials proposed for distribution at the event.

Unless otherwise agreed to, in writing, by GSA and incorporated into this permit, the Applicant assumes all responsibility for, and costs and expenses associated with, clean-up of the grounds, providing trash containers and disposal of trash, as well as any additional security, electrical and water or related services needed to support the activity.  Portable restroom facilities may be authorized, at Applicant's sole cost and expense, if Applicant arranges for the removal before the beginning of the next business day.

GSA will neither store nor assume any responsibility for any materials that are used for an event.

By signing the permit application and without the need for further documentation, Applicant hereby indemnifies and saves harmless the United States, its agents and employees, in both their personal and official capacities, against any and all loss, damage, claim, or liability whatsoever, due to personal injury or death, or damage to property of the Federal Government or others, directly or indirectly, due to the exercise by Applicant of the privilege granted by this permit, or any act or omission of Applicant, including failure to comply with the obligations of this permit.

In keeping with federal policy regarding retention of records associated with federal contracts and the like, GSA will retain a copy of the permit for three (3) years from the date of issuance.

Special terms and conditions related to this permit are listed below (and continued on the following page(s), if necessary):

| SIGNATURE OF APPLICANT | DATE SIGNED |
|---|---|
|  |  |

If the request to use federal space is denied or an issued permit is canceled, the Applicant may appeal within 5 calendar days of the notification of disapproval or cancellation to the GSA Regional Administrator or his/her designee.  For more information about how to request the use of Federal property under 40 U.S.C. § 581(h) and Federal Management Regulation 41 C.F.R. part 102-74, subpart D, please contact GSA's Office of Facilities Management (PM), 1800 F Street, NW, Washington, DC 20405 or visit www.gsa.gov