**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

FR. FABIÁN ARIAS *et al.*,

                Plaintiffs,

      v.

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT *et al.*,

                Defendants.

Case No. 1:26-cv-02130 (CM)

## DECLARATION OF JOSEPH HARRINGTON (ICE)

I, Joseph Harrington, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am employed by the U.S. Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) as a Supervisory Detention and Deportation Officer with the New York City Field Office, which is located at 26 Federal Plaza in Lower Manhattan. I have held this position since August 2008.

2.      I started my employment with ICE in February 2007 as a Deportation Officer. I have served as an Acting Field Office Director, most recently in September-October 2025. In my current role as a Supervisory Detention and Deportation Officer, I oversee a team of Deportation Officers who manage cases of aliens who are in immigration proceedings, primarily with respect to aliens who are not currently in detention.

3.      I have reviewed the amended complaint and Plaintiffs' motion for a preliminary injunction in this action. This declaration is submitted in support of Defendants' motion to dismiss the amended complaint and opposition to the motion for preliminary injunction.

4.      The statements contained in this declaration are based upon my personal knowledge, reasonable inquiry, and information made available to me in the course of my

official duties from records, systems, databases, other ICE employees, and/or information portals maintained and relied upon by ICE.

5.      ICE is the largest investigative branch of DHS and is charged with enforcement of more than 400 federal statutes.  The mission of ICE is to protect the United States from cross-border criminal activity and illegal immigration that threatens national security and public safety. To carry out that mission, ICE focuses on enforcing immigration laws, preventing terrorism, and combating transnational criminal threats.

6.      ERO deportation officers are immigration officers under Title 8 of the U.S. Code and have been delegated limited customs officer warrantless arrest authority under 19 U.S.C. § 1589a.  It is the mission of ERO to identify, arrest, and remove aliens who present a danger to national security or are a risk to public safety, as well as those who enter the United States illegally.

7.      ICE officers are not responsible for managing the public's access to immigration court proceedings.  Access of visitors to federal buildings, such as 26 Federal Plaza and 290 Broadway, in which immigration courts operate is overseen by the Federal Protective Service (FPS), a separate law enforcement agency within DHS.  The FPS utilizes the services of a private contractor, Allied Universal Security Services, to provide access control and basic security for these buildings.  And Immigration Judges, employed by the Executive Office for Immigration Review within the U.S. Department of Justice, control decorum inside immigration courtrooms, which includes deciding who can observe proceedings and what activities may take place in courtrooms and waiting areas.

8.      ICE officers are not responsible for immigration court security and play no role in setting security or access measures to immigration courtrooms, waiting areas, or the publicly

2

accessible building hallways or elevator banks in the buildings housing immigration courts. ICE officers do not prohibit members of the public from speaking with or providing written materials to aliens outside of courtrooms or expel individuals from federal buildings for engaging in such activities.

9. With one exception discussed below, to the best of my knowledge, ICE officers were not involved in any of the incidents described in the amended complaint and have not had any interactions with any of the Plaintiffs.

10. The amended complaint discusses a September 30, 2025, incident, in which ICE officers arrested an alien after an immigration hearing at 26 Federal Plaza. The officers identified themselves as ICE and advised the alien they were taking her to the 10th floor for further screening and processing. The officers took the alien into the elevator. A reporter followed the officers into the elevator, which interfered with effectuating the arrest. The officers asked the reporter to leave the elevator, but he resisted and the officers grabbed his shoulders and arms to escort him out of the elevator. Multiple people began to congregate around the elevator. As the reporter was being escorted out of the elevator, an unknown journalist tripped on another individual and fell.

11. This incident was the result of the journalists' interference with ICE officers performing their duties.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 12th day of May, 2026, at New York, New York.

_____
Joseph Harrington

3