**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

FR. FABIÁN ARIAS, STEPHEN KELLY,
LAURA MCCALLUM, DEBBIE NATHAN,
DR. ZOEY PHILLIPS,

    *Plaintiffs,*

    -against-

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT;
DAVID J. VENTURELLA, in his official capacity as the
senior official performing the duties of the Director of
U.S. Immigration and Customs Enforcement;

U.S. DEPARTMENT OF HOMELAND SECURITY;
MARKWAYNE MULLIN, in his official capacity as Secretary
of Homeland Security;

U.S. DEPARTMENT OF JUSTICE; TODD BLANCHE, in his
official
capacity as Acting Attorney General;

GENERAL SERVICES ADMINISTRATION; and EDWARD
FORST, in his
official capacity as Administrator of General Services,

    *Defendants.*

26-cv-2130 (CM)

**DECLARATION OF
LAURA
CONWESSER**

---

## <u>DECLARATION OF LAURA CONWESSER</u>

I, Laura Conwesser, declare as follows:

1.    My name is Laura Conwesser. I am not a lawyer and do not come from the legal world. I am a fairly recent retiree. Before retiring, I worked as a musician, which gave me an irregular schedule that allowed me to accompany people to immigration court. I started doing court accompaniment in approximately 2017 or 2018, including at 26 Federal Plaza, 290 Broadway, and 201 Varick Street.

2.      According to my notes, I have accompanied six individuals to Varick Street facilities approximately ten times in the past year, but most of the people I go with are at the other two locations. Since the beginning of the current administration, I have often accompanied people to immigration court at all three locations, because the need for accompaniment has become so acute.

3.      On June 11, 2026, I witnessed an incident at 26 Federal Plaza involving a federal employee who has been identified in reporting as belonging to ICE. She was present in the waiting area with several other agents. Three agents were standing in the small walkway within the waiting room, and three others were outside in the hallway. Without warning, she screamed at Father Fabián Arias in the waiting room, in front of everyone. She accused him of taking a photograph. I do not know whether he had taken one or not, but regardless, the way she spoke to him was shocking. She screamed at him publicly, in a room full of people who were already frightened and waiting for their cases. Fabián responded calmly; he smiled and did not escalate the situation. But the effect on the room was awful. The sense was that the agents could act however they wanted, that ordinary rules of dignity and restraint did not apply, and that anyone in the waiting room could suddenly become the target of intimidation.

4.      On June 25, 2026, I was again at 290 Broadway, on the 15th floor, accompanying someone for a 9:00 a.m. immigration court appearance. It was one of those new "mega master" calendar days; the judge had 140 cases on her docket. Even before we got inside the building, the day felt chaotic. We arrived a little after 8:00 to get in line, but the line already wrapped around the block and halfway down another. We did not even make it into the courthouse until around 9:30.

5.    When we finally reached the 15th floor, three ICE agents were already waiting there. One wore an ERO vest; the other two were in ordinary-looking clothes. They could have been anyone, which made their presence feel even more unsettling. Later, another agent arrived, also wearing ERO gear, and shortly after a fifth agent joined them, this one in street clothes. One of the first three kept scanning the crowd, clearly looking for someone.

6.    Everyone was already on edge because we had heard that someone had been taken that morning at 26 Federal Plaza, so the agents' presence changed the whole atmosphere. People were no longer just waiting for their cases to be called; they were watching the agents watch them. Nobody knew who was being looked at, or why. The room was packed, and the agents kept scanning faces.

7.    The agents' presence affected the whole room, not just the person they ultimately chose to stop or detain. The waiting room is supposed to be a place where people can wait for their cases, speak with supporters, and try to understand what is happening to them. Instead, the presence and conduct of the agents turned it into a place of fear and uncertainty. People watched agents scan the room, clearly looking for someone. The result was confusion and terror. No one could tell who was being targeted, why they were being targeted, or what conduct might cause an agent to focus on them next.

8.    I was there to accompany an 18-year-old respondent. His 22-year-old brother had come along for support. The older brother had recently been granted asylum. We waited for hours under the glare of the ICE agents.

9.    Eventually, after hours of waiting, we finished in court and tried to leave. By then, five agents were gathered near the first bank of elevators. I saw them there and deliberately

steered the two young men around them, toward the farther elevator bank, trying to avoid any interaction.

10.     But the agents came up behind us and grabbed the older brother.

11.     He was not the person with the court date. He was not there as a respondent. He had already been granted asylum.

12.     The agents started speaking to him. I said, "Look, he has asylum." One of them told me, essentially, to shut up — that they were not talking to me. So I stopped. They questioned him for a couple of minutes while holding a piece of paper with a photograph on it.

13.     After a few minutes of this, they let him go.

14.     And that was it. No explanation. No apology. No clear reason why they had stopped him. We simply moved on.

15.     What was so frightening was not only that they grabbed someone who already had asylum. It was the arbitrariness of it all: the plainclothes agents watching the crowd, the rumors about who they were looking for, the sudden stop at the elevators, the refusal to explain anything, and then the abrupt release as if nothing had happened. Everyone in that waiting room could feel it. The message was that anyone could be singled out, at any time, for reasons no one had to disclose.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 2, 2026, in New York, New York.

_____/s/Laura Conwesser__
Laura Conwesser