# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FR. FABIÁN ARIAS, STEPHEN KELLY, LAURA MCCALLUM, DEBBIE NATHAN, and DR. ZOEY PHILLIPS, | **Case No.** <br> **1:26-cv-02130 (CM)** |
| Plaintiffs, | |
| -against- | **DECLARATION OF** <br> **JILL SIGMAN** |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; DAVID J. VENTURELLA, in his official capacity as the senior official performing the duties of the Director of U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF JUSTICE; TODD BLANCHE, in his official capacity as Acting Attorney General; GENERAL SERVICES ADMINISTRATION; and EDWARD FORST, in his official capacity as Administrator of General Services, | |
| Defendants. | |

## WITNESS STATEMENT OF JILL SIGMAN
## REGARDING COURT ACCOMPANIMENT AT 26 FEDERAL PLAZA AND 201 VARICK STREET

I, Jill Sigman, state as follows:

1. My name is Jill Sigman. I assert that the following is true and correct to the best of my knowledge.

2. I am a U.S. citizen. I was born in Brooklyn, New York and have lived in New York City for much of my life. I work as an artist and educator. I hold a Ph.D. in philosophy from Princeton University.

3. I currently volunteer with two organizations to accompany respondents to immigration court at the three immigration courts in New York City. I began accompanying people to immigration court around 2018. It is important to me that those who have the right to seek asylum are given due process; initially I went out of a desire to uphold that right and protect that process, as a statement of my values. I also went because I am the granddaughter of immigrants, and I would not have had the education and opportunities I have had if my grandparents had not been given the right to immigrate and the help of others, most likely people they did not know. I feel the need to pay it forward. More recently, immigration court has become so frightening for respondents that I feel the need to stand with them and try to mitigate that experience with some kindness.

4. Sometime around June 2025, I started to encounter ICE officers, both uniformed and in plain clothes, when I would go to court with respondents. I had never seen this before in all my years of accompanying people to immigration court. I suddenly found the atmosphere in court to be very tense and chaotic with frequent screaming in the hallways, men with guns looming over people in narrow corridors and blocking them in doorways, and handcuffed respondents being led away. I had never seen such things in court. I had also never been afraid for my personal safety or the safety of the people I was accompanying. Court had always been a quiet, sober, formal, and bureaucratic place. But suddenly it felt unsafe and it made me nervous to be there.

5. On one occasion, on or around June 4, 2025, I was accompanying a woman to her hearing at 201 Varick Street with a fellow volunteer. There were people giving out "know your rights" flyers outside of the courthouse on the street as we waited to enter. They gave one to my co-volunteer who was still holding it when we arrived upstairs on

the 5th floor. Men with guns, bulletproof vests, baseball caps, and uniforms immediately and aggressively rushed up to us. They wore dark navy or black uniforms which looked like police uniforms and had white lettering that may have said "ICE Police". They were very agitated and came very close to us, face to face in the corridor. They told my co-volunteer aggressively that she can't hand out flyers on federal property and that she needs to leave immediately. She said she was not handing out flyers, as she had not been. The agents spoke loudly in a very hostile tone, continued accusing her, raised their voices, and said falsely that they could see her on the security videos. They also kept moving in closer to us and escalating the energy. Then court security officers in brown uniforms came up behind us so we were trapped on four sides in a small space (approximately 4' x 4' or 5' x 5') between ICE, court security, and the seating on either side of the hallway. Eventually, the court security officers said, "no, it's a different lady" (meaning that my co-volunteer was not the person giving out the flyers) and that the woman giving out the flyers had gone into an adjacent courtroom. The ICE agents went into the nearby courtroom, came out with a woman with flyers, and escorted her out of the building. A bystander told me that she was a lawyer.

6. On that same day, 10-12 armed men and one young woman waited in the hallway directly outside of the courtroom while the person I was accompanying was in court. They carried printed sheets with names and photos and flipped through them ostentatiously. When we left the courtroom after the hearing, they blocked the respondent I was with in the doorway of the court and asked her for her ID and court documents. I said the judge told her she was free to go, and they said that doesn't matter. They accompanied us to the bathroom down the hall when we used the bathroom.

7. On that same day, I saw two men handcuff and lead away a young man who was a respondent in a quiet area near the elevators on the 5th floor. One of the men wore a light blue short sleeve collared shirt and navy pants. The other wore a black or navy outfit and a tan baseball cap. The outfits had a police-like appearance.

8. On or around June 27, 2025, I accompanied a young woman and her two children (ages approximately 6 and 8) along with two co-volunteers to her hearing at 26 Federal Plaza. While I was sitting in court with the respondent and her children, an unidentified man in plain clothes sat in the row behind me in the corner, holding up his mobile phone. I wondered if he was filming or photographing me. Then I noticed that he had two cell phones. Shortly afterwards, masked agents appeared in the hallway right outside the courtroom.

9. On that same occasion, when I left the courtroom with the respondent and her two children, the hallway was lined with large men. They had guns and wore black masks and were filling the hall along with journalists with cameras. Some of the men had printed lists. I walked the length of the hallway to the elevators, holding the 6 year old girl tightly so that no one would grab her. Another female volunteer appeared and was trying to shield the girl's face with her little pink backpack as we walked. It was like walking a gamut. The girl was very afraid and held onto her stuffed whale with a unicorn horn. I felt extremely nervous but knew I had to be strong for her. We got into the elevator and her mother, the respondent, burst into tears. We held the mother and both children on the way down.

10. On or around August 28, 2025, I accompanied a man to his immigration hearing at 26 Federal Plaza with one co-volunteer. When we emerged from the elevator on the 12th

floor, the hallway felt tense and chaotic. A uniformed court officer immediately said to us, "you can't be here." I explained that we were making sure our friend got to the right courtroom. The court officer seemed very stressed and belligerent and said it didn't matter. He moved forward and started to get in between me and the person I was accompanying. He said, "you can't be here. You have to go down the hall [to the waiting room]." There were other men circulating in the same hallway outside the courtroom; I counted 13. As I recall, all or most were armed. Some were in uniforms, some in plain clothes, some in camo, and some in a combination of uniform and plain clothes. There were also one or two women in the group. One had peeling red nail polish and a halter top. They were all wearing masks like cowls all the way up to the eyes.

11. A moment later, the armed agents also started yelling at us to leave the hallway. First, they were particularly yelling at one observer who was there before us. Then one thin white armed man in plain clothes with a hat or cap and cowl mask yelled loudly something like, "Anyone who stays in the hall is going to get arrested… These fucking advocates." My co-volunteer and I went down the hallway to the waiting room. We were forced to leave the respondent we had come to accompany. I saw him standing in the hallway outside of the courtroom looking terrified as we left him.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on: July 26, 2026


Signature: /s/ Jill Sigman
Jill Sigman