**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FR. FABIÁN ARIAS et al., | No. 26 Civ. 2130 (CM) |
| Plaintiffs, | |
| v. | **WITNESS STATEMENT OF** |
| U.S. IMMIGRATION AND CUSTOMS | **SONNI MUN** |
| ENFORCEMENT et al., | |
| Defendants. | |

**WITNESS STATEMENT OF SONNI MUN**

I, Sonni Mun, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a licensed physician in internal medicine and palliative care. I previously practiced palliative care and worked as a hospice medical director. Although I have not practiced regularly for approximately ten years, I remain licensed and have volunteered my medical skills when needed, including during Covid.

2. I am also an immigrant and became a United States citizen at 26 Federal Plaza. I used to live in that neighborhood and was familiar with that building before the events described below. For that reason, what I observed at 26 Federal Plaza was especially personal and distressing to me.

3. From approximately June through October, before I moved from the city, I volunteered as an observer at 26 Federal Plaza and at 290 Broadway. I generally went once a week, and sometimes once every two or three weeks, because the experience was emotionally overwhelming. Each time I went, I tried to document what I observed.

4. When volunteering at 26 Federal Plaza, I observed a medical emergency involving an immigrant in the lobby. The person appeared as if she might faint and was surrounded by security guards employed by DHS. I stepped forward and said that I was a doctor and asked if I could help. The guards required me to prove that I was a physician before allowing me to assist. I carry a copy of my license, so I was able to prove it.

5. I asked whether 911 had been called, and I was told that it had. After speaking with the person, I thought she might be hypoglycemic and asked whether there was any juice in the building. I was told there was not. Another volunteer, who was an EMS provider, was also required to prove his credentials. He later determined that 911 had not actually been activated, even though we had been told it had been. He called 911 himself. I went across the street to buy orange juice. When I returned, a DHS nurse had arrived and told me that they did not need the orange juice and told me to leave. I was shocked because it appeared to me that they had falsely represented that EMS had been called and had tried to keep the situation inside.

6. I also observed ICE and security interfering with volunteers' ability to assist people who were appearing for immigration court. At first, volunteers were able to go into waiting rooms at 26 Federal Plaza and 290 Broadway to speak with immigrants, provide information, and offer assistance. Later, security told us that we were no longer allowed to be in the waiting rooms or hallways. Security told us that this was being done under DHS's

orders. The private security guards often said they had no control over the rules and that they were being told what to do by DHS.

7. The rules changed frequently. Sometimes we were told we could only be inside a courtroom or in a judge's hearing and could not simply stand in the hallway or waiting room, even though these were public court areas. Sometimes we were allowed to sit in a larger waiting room that also had a service window, but not in the smaller waiting rooms. The rules seemed to change from week to week.

8. Volunteers tried to give immigrants small cards asking whether they wanted to share contact information in case anything happened to them at their hearings. The cards asked for information such as whom to contact, what country the person was from, and their alien registration number. We were told we could not pass those cards out because we were not allowed to "solicit" or distribute materials. We were not selling anything or asking for anything; we were simply offering information and assistance to people who wanted it.

9. We also brought coloring books, toys, and similar items for children. We were told we could not give those to children either. At times, volunteers hid the small cards inside books and secretly handed them to people in courtrooms when no one was looking.

10. ICE agents were regularly present in waiting rooms and hallways. They were often masked and wore sunglasses, including reflective sunglasses, inside the building. They also wore clothing or gear that said "police," though it was not always clear which federal agency they were from. They hovered over volunteers and immigrants in a way that felt intimidating and menacing. Sometimes there would be around twelve masked agents lining a hallway. I took photographs when I could, although we were told we were not allowed to photograph ICE agents.

11. ICE agents also challenged volunteers when we moved through the hallways. For example, if I was walking to the restroom, agents would tell me I was not supposed to be in the hallway, and I would have to explain that I was only going to the restroom.

12. One of the most disturbing incidents I witnessed involved a Jamaican woman who had come for her immigration hearing. I had been speaking with her because I travel to Jamaica and was familiar with the area where her family lived. This was soon after a hurricane had hit Jamaica, and she told me she had not yet been able to reach her father. She was nervous before her hearing and said she wanted to go to the restroom. I was with her when she went toward the women's restroom before her hearing. Before she even had her hearing, ICE took her on the way to the restroom. I was one of the last people she saw other than ICE. In my view, this showed how much of a sham the court process had become, because she was taken before she even had the opportunity to appear for her hearing.

13. I also witnessed a father being taken away from his wife and three young children. The family was in crisis after he was taken. Volunteers tried to comfort the mother and children, but we were yelled at and told to get out of the hallway. We escorted the mother and children out of the building and paid for them to take an Uber so they would not have to take public transportation immediately after the father had been taken from them. These were people who had come for their appointments and still had future court dates. Their cases were not closed.

14. The atmosphere inside 26 Federal Plaza was threatening and dystopian. The building felt completely different from the place where I had gone through my own immigration process. The signs in the building had changed and included threatening messages about "illegal aliens" deporting themselves. Instead of feeling like a place where people could access immigration services or attend court, it felt authoritarian and frightening.

15. The conduct I observed caused real distress to volunteers. Some volunteers experienced panic attacks before going into the building because the environment was so surreal and intimidating. I used to care for dying patients as a hospice medical director, and some of what I observed at 26 Federal Plaza was as gut-wrenching as caring for a young person who was dying.

16. Everything stated here is based on what I personally observed or experienced. I also have contemporaneous writings and photographs documenting many of these incidents, and I can provide those materials.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 2, 2026.


/s/ Sonni Mun
Sonni Mun