**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

FR. FABIÁN ARIAS, et al.,                                   No. 26-cv-2130 (CM)
    Plaintiffs,

                                 **DECLARATION OF**
-against-                                            **ANDREA VASQUEZ**

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,
    Defendants.

---

I, Andrea Vasquez, declare as follows:

1. My name is Andrea Vasquez. I make this declaration based on my own personal knowledge unless otherwise stated.

2. I have gone to the NYC immigration court most Fridays since May 2025. There have been many instances in which we were ordered from one waiting room to another. We were told not to talk to people. We were told not to distribute any Know Your Rights material. Sometimes these orders came from ICE agents and sometimes from security guards. Early on, the ICE agents were armed and masked. They were often in small groups together, and there were certain locations where they would hang around, such as in front of the freight elevator or outside certain waiting rooms. Last summer and fall were the worst. More recently, I think they have been around less and have looked less violent, but it was clear who they were.

3. On one occasion at 26 Federal Plaza, I was in a large L-shaped waiting room near courtrooms 9 and 9A. I was holding my phone. A young, short woman ICE agent, who was with another masked man wearing sunglasses, saw me and started yelling at me and insisting that I was taking pictures. She came over to me. I said I was not taking pictures. She said, "Get out of here. What do you think? I'm an idiot?" She then called a guard over. I got up and left.

4. On another occasion involving the same ICE agent, she threw me and other people out of a room. She told me to leave and yelled at me. While I walked to the elevators, she was impatient and yelled at me. She called me names, though I do not remember the exact words. She was right behind me, right in my face, yelling at me, and then she put her hand on me. I yelled, "Don't touch me." She took her hand off because there were a lot of press watching. I then continued walking to the elevator. That was one of the nastiest and most threatening interactions I have had with her. There was no reason for it that I can remember.

5. Being told to leave is a regular occurrence. When we trained people, we told them there was no rhyme or reason to whether they would be allowed to sit in a waiting room or

courtroom. One security guard could be fine, and then ten minutes later someone else would come and say that you could not be there. I have been tossed out because they saw me with papers. I have been tossed out of a courtroom because I had my phone in my hand or because they saw that my phone was on. There were also times when I left with someone and then was not allowed back because I was told that if I walked out with somebody, I had intervened and was no longer considered an observer.

6. In Judge Wright's waiting room, one guard called me out of the room. He spoke very quietly and said he wanted me to know that there were not only cameras in the waiting rooms, but also microphones. He said he had been told that I needed to stop talking to people in the waiting room or he would have to throw me out. That was not the first time I had been told I could not talk in a waiting room. Sometimes we would just sit quietly with people and try to pass them materials when no one was looking. Sometimes nothing happened, but other times we were reprimanded or thrown out for talking to people.

7. In the earlier months, I often tried to accompany people out. Our instructions to members were always to do what we were told, regardless of who was giving the instruction.

8. On one occasion, I was there to accompany a young woman respondent. I had not spoken to her before and did not know who she was. There were a lot of ICE agents in the hallway, maybe ten or fifteen. I walked out of the courtroom with her because she was a single woman. I believe I was speaking to her in Spanish. I said something like, "Let's walk slowly." ICE came to take her, and they told me that I needed to leave her. I did not try to hold her back or bring her anywhere; I just wanted to accompany her wherever she was going. Then an ICE agent put a hand or arm on my arm, or grabbed my arm. It was not painful, but that is when I let go of her and she left. I believe this was probably in October or November 2025.

9. There was another family I accompanied. I had been connected to the family over the weekend, and another young man was also there to accompany them. The family lived in Queens and taught indigenous dancing at a community center. The mother was seven months pregnant. They came with a four-year-old and a teenager, who was nineteen, and I think they had one or two more children at home. I later found out that the nineteen-year-old had just gone to an orientation at Queens College to become a college student.

10. The judge would not let me into the courtroom with that family. ICE was right outside. I am five feet tall, about 103 pounds. There was a guard who was probably six feet four inches tall and around 380 pounds standing at the door. There was also a masked ICE agent about two feet from me, around six feet tall and very stern-looking. I wanted the family to be able to see me, so I stood right by the door next to the guard so I could see them a little and they could see me. We were terrified for them. There were other court watchers outside. One by one, individuals and families came out, and ICE either took people or did not take them. It seemed totally arbitrary.

11. Eventually no one was left in the courtroom except that family. ICE was still there, which indicated to us that they probably wanted to take the father. When the family came out, the father was carrying the sleeping four-year-old. He was not much taller than I am. I put

2

my arm around him as soon as he came out. Four or five of us surrounded the family and kept walking. It felt like walking through a gauntlet. ICE would be on both sides of the hallway. Photographers were usually in front of us. ICE sometimes said things like, "Are you proud?" or made comments about criminals. We walked the family out and to the subway. At the subway, we were all crying.

12. I heard in conversations with security that ICE supervisors would decide who could be in a hallway or courtroom, and security would enforce it. Security told me they were doing what ICE told them to do.

13. There was another more recent incident, about two months ago. I was told to leave a waiting room, and to leave the floor. I went down to the elevator and planned to stay there in case someone was leaving and needed to be escorted. After a while, Representative Dan Goldman came up with an entourage. I connected myself to the entourage and walked back in with them. I expected ICE to tell me to get out, but they did not. Once I was next to Representative Goldman, I was able to walk right back into the waiting room and stay there and continue talking to people as long as he was there.

14. About six weeks later, the same ICE agent threw me out again. She said something like, "Go get your fucking little congressman Goldman to help you." She named him. It was stunning to me that she remembered that I had come back in with him. It felt like she was holding a grudge.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 2, 2026, at New York, New York


/s/Andrea Zasquez
Andrea Vasquez

3