**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

FR. FABIÁN ARIAS et al.,                               No. 26 Civ. 2130 (CM)

                Plaintiffs,

   v.                                               **WITNESS STATEMENT OF**

U.S. IMMIGRATION AND CUSTOMS           **JONATHAN HALABI**
ENFORCEMENT et al.,

                Defendants.

### WITNESS STATEMENT OF JONATHAN HALABI

I, Jonathan Halabi, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I started visiting immigration court in June 2025. My visits have been on and off, but I have gone for about half the weeks since then, maybe a little more.

2. One incident happened in the lobby at 26 Federal Plaza August 29, 2025. I and another observer passed the first elevator bank to go to the second elevator bank, to go to the 14th floor. As we were going, a masked man passed us and said, "You have to leave." Then a woman screamed at us, "Get out! I already told you to get out!" She was yelling and furious. We had not seen her before that day. My companion (accurately) said words to the effect that the woman had not talked to us before, and the woman became even more abusive. We just kept going out. We had not even been in the building, and there was nothing we had done.

3. I have probably spent equal amounts of time at 290 Broadway and 26 Federal Plaza. At 290 Broadway through much of the fall, it was often the same ICE people all the time, so we recognized who the ICE agents were, either by their dress, their manner, their identification, or because we had previously seen them.

4. In the waiting rooms on the 20th and 22nd floors, often mid-morning, a group of ICE agents would come in and sit down in the middle of the immigrants. They were big guys. They would put their feet up, like they were sitting in a living room watching a big-screen television or football or something like that. They would do nothing and just joke around. After 20 minutes or 40 minutes, they would leave. It was absolutely clear to me that they were there to intimidate.

5. Other times at 290 Broadway, but not that I recall at 26 Federal Plaza, I saw ICE agents come to the place where the docket was posted outside of the courtroom and look through the names, like they were making some kind of checks. They would just stand there and look. This happened two, three, or four times that I recall. This was in full view of everyone waiting for their hearing. This was more recent, in the spring, and I also saw it last fall. Everybody watching was terrified because they did not know who ICE was looking to grab. Then the ICE agents would just leave.

6. I remember that these incidents were mid-morning. They were not at 8:00 or 8:30 when we were getting in. They were usually around 9:30 or 10:00, both when ICE agents walked up to the lists and when they sat down in the waiting rooms. I never saw either kind of conduct lead to anyone being taken. When they sat down as if the room were their living room, and when they looked at the list, the only point seemed to be intimidation. These were

absolutely ICE agents, and both kinds of incidents happened on multiple occasions on the 20th and 22nd floors at 290 Broadway.

7. I also had an incident with building security at 26 Federal Plaza on the 14th floor. I was observing in Courtroom 4. A Paragon security guard poked his head into the courtroom, and asked me and another court watcher sitting next to me, but whom I did not know, to come out. He and another security guard said they were taking us to 6 and we followed them to Courtroom 6, two doors down, which was empty. Being placed in an empty room was intimidating. The first guard asked us if we were writing down personal details about people. I answered "No, I have not" and he indicated that we were not allowed to. He asked if we had been giving out papers I answered "No, I have not" and again he indicated we were not allowed to. Neither of us challenged him. He asked if I was giving out material outside. Again I said "No, I have not given anything out." All my answers were truthful. He then escorted us back to Courtroom 4.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 2, 2026.

/s/ Jonathan Halabi
Jonathan Halabi