**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

FR. FABIÁN ARIAS et al.,                                    No. 26 Civ. 2130 (CM)
    Plaintiffs,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT et al.,
    Defendants.

----------------------------------------------------------------x


**PLAINTIFFS' MOTION FOR LEAVE TO WITHDRAW STEPHEN KELLY AS A NAMED PLAINTIFF, TO ADD REV. JUAN CARLOS RUIZ AS A NAMED PLAINTIFF, AND TO APPOINT STEPHEN KELLY AS PUTATIVE CLASS COUNSEL**

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and Declaration of

Rev. Juan Carlos Ruiz, Plaintiffs respectfully move this Court for an order:

1.  granting leave to withdraw Stephen Kelly as a named plaintiff in this action;

2.  granting leave to file an amended Complaint adding Rev. Juan Carlos Ruiz as a named

    plaintiff; and

3.  appointing Stephen Kelly as interim counsel for the putative class under Rule 23(g)(3)

    and, upon any renewed certification order, as class counsel under Rules 23(c)(1)(B) and

    23(g).

Dated: New York, New York
July 6, 2026

Respectfully submitted,

/s/ Stephen Kelly
Stephen Kelly
Counsel for Plaintiffs
32 Court Street, 904
Brooklyn, NY 11201
(929) 270-9905 | stephen@philanthropy-law.com

1