**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| FR. FABIAN ARIAS *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT *et al.*, <br><br> Defendants. | No. 26 Civ. 2130-CM |

### DECLARATION OF COURT ADMINISTRATOR RAFAEL FERNANDEZ

I, Rafael Fernandez, submit this declaration pursuant to 28 U.S.C. § 1746, and declare under penalty of perjury as follows:

1. I am the Court Administrator for the New York – Federal Plaza Immigration Court, located at 26 Federal Plaza, 12th Floor, New York, NY 10278, and the Acting Court Administrator for the New York – Broadway Immigration Court, located at 290 Broadway, 15th Floor, New York, NY 10007, which are within the Executive Office for Immigration Review ("EOIR") in the U.S. Department of Justice.

2. This declaration is based on my personal knowledge and information made available to me in the course of performing my official duties.

3. On July 22, 2026, I was notified about and received a copy of the Order Granting Preliminary Injunction dated July 21, 2026 ("Order") in *Arias v. ICE*, 1:26-cv-02130-CM. A copy of the Order was transmitted to me alongside instructions to provide it to Immigration Judges, clerks, and other EOIR personnel whose duties include courtroom access or administration of EOIR Public Waiting Areas at the Federal Plaza Immigration Court.

4. Alongside myself, Assistant Chief Immigration Judge John Burns of the Federal Plaza Immigration Court, Assistant Chief Immigration Judge Khalilah Taylor of the Broadway Immigration Court, and Deputy Court Administrator Zugiel Soto of the Federal Plaza Immigration Court were similarly notified and received a copy of the Order on July 22, 2026.

5. To comply with the Notice and Implementation requirements of paragraph 8.1 of the Order, on July 22, 2026, I disseminated the Order to all relevant personnel at the Federal Plaza Immigration Court, including the Immigration Judges, administrative professional staff members, and attorney advisors.

Executed this __27__ day of July 2026.

_____
Rafael Fernandez

Court Administrator
New York – Federal Plaza Immigration Court
26 Federal Plaza
12th Floor
New York, NY 10278

Acting Court Administrator
New York – Broadway Immigration Court
290 Broadway
15th Floor
New York, NY 10007