UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FR. FABIAN ARIAS et al.,

                        Plaintiffs,

        v.                                    Case No. 1:26-cv-021130 (CM)

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT et al.,

                        Defendants.

## DECLARATION OF ROBERT SOOTER

I, Robert Sooter, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

This declaration is based on my personal knowledge and information made available to me in the course of my official duties.

1.      I serve as the Regional Director of Federal Protective Service (FPS) Region 2, overseeing federal buildings in New York, New Jersey, and Puerto Rico.  FPS is the law enforcement agency within the U.S. Department of Homeland Security (DHS) responsible for the protection of federal facilities and persons therein in accordance with 40 U.S.C. § 1315.  I have held this position since February 2019.  I have been employed with FPS since 2009, and I have been working in law enforcement since 2003.  In my current position, I am responsible for overseeing all FPS operations within Region 2.

2.      The DHS Office of General Counsel provided me with a copy of the Court's July 21, 2026, Order Granting Preliminary Injunction (the "Order").  I have reviewed the Order and understand its requirements.

3.      On July 22, 2026, I transmitted a complete copy of the Order to all Region 2 Law Enforcement Officers and Protective Security Officers (PSOs), which includes the FPS officials

responsible for the federal buildings located at 26 Federal Plaza and 290 Broadway, their supervisors, and the FPS Protective Security Operations Officer (PSOO), who interacts directly with the PSO contractor's management.

4. On July 23, 2026, at my direction, the PSOO provided a copy of the Order to the management for the PSO contractor company providing access control and building security at 26 Federal Plaza and 290 Broadway with instructions to provide copies to the PSOs assigned to these buildings.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on _____7/27/26_____, at 26 Fed. Plz, New York New York.

_____
Robert Sooter