**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FR. FABIÁN ARIAS et al., | Case No. 1:26-cv-02130 (CM) |
| Plaintiffs, | |
| v. | |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT et al., | |
| Defendants. | |

**DECLARATION OF SCOTT FLETCHER,**
**GSA Service Center Director**

I, Scott Fletcher, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am employed as Service Center Director for the U.S. General Services Administration ("GSA"). My work address is 1 World Trade Center, New York, NY, 10007.  I have held this position as Director for approximately six years.

2.      In my current position as Service Center Director, I am responsible for overall building management operations for the GSA federal buildings in New York, including the Jacob Javits Federal Building at 26 Federal Plaza, New York, NY, and the Ted Weiss Federal Building at 290 Broadway, New York, NY.

3.      GSA counsel provided me with a copy of the Court's July 21, 2026 Order Granting Preliminary Injunction (the "Order"). I have reviewed the Order and understand its directives.

4.      On July 23, 2026, I transmitted a complete copy of this Order to GSA's Field Office Managers at 26 Federal Plaza (John Melecio) and 290 Broadway (Cornell Proctor).  I

1

further instructed these Field Office Managers to provide copies of the Order to all GSA building management personnel.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this July 23, 2026, in New York, New York.

DocuSigned by:

_Scott Fletcher_

Scott Fletcher

2

**Docusign**

## Certificate Of Completion

| | | |
|---|---|---|
| Envelope Id: FB207CE1-9DD0-8099-82ED-351D2374DB05 | | Status: Completed |
| Subject: Complete with Docusign: 07 22 26 Scott Fletcher Declaration.docx.pdf | | |
| Source Envelope: | | |
| Document Pages: 2 | Signatures: 1 | Envelope Originator: |
| Certificate Pages: 1 | Initials: 0 | Scott Fletcher |
| AutoNav: Enabled | | 1800F F St NW |
| EnvelopeId Stamping: Enabled | | Washington DC, DC  20405 |
| Time Zone: (UTC) Dublin, Edinburgh, Lisbon, London | | scott.fletcher@gsa.gov |
| | | IP Address: 136.226.19.65 |

## Record Tracking

| | | |
|---|---|---|
| Status: Original | Holder: Scott Fletcher | Location: DocuSign |
|      7/23/2026 6:35:31 PM |      scott.fletcher@gsa.gov | |
| Security Appliance Status: Connected | Pool: FedRamp | |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Scott Fletcher | DocuSigned by: *Scott Fletcher* 3D888C64EE0A4D9… | Sent: 7/23/2026 6:37:09 PM |
| scott.fletcher@gsa.gov | | Viewed: 7/23/2026 6:37:19 PM |
| Director, MSC | | Signed: 7/23/2026 6:37:29 PM |
| US General Services Administration | | |
| Security Level: Email, Account Authentication (None) | Signature Adoption: Pre-selected Style Using IP Address: 136.226.19.65 | |
| **Electronic Record and Signature Disclosure:**<br>  Not Offered via Docusign | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 7/23/2026 6:37:09 PM |
| Certified Delivered | Security Checked | 7/23/2026 6:37:19 PM |
| Signing Complete | Security Checked | 7/23/2026 6:37:29 PM |
| Completed | Security Checked | 7/23/2026 6:37:29 PM |

| Payment Events | Status | Timestamps |
|---|---|---|