UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x

FR. FABIÁN ARIAS, STEPHEN KELLY,
LAURA    MCCALLUM,    DEBBIE
NATHAN, DR. ZOEY PHILLIPS,

        Plaintiffs,

    -against-

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT;         DAVID        J.
VENTURELLA, in his official capacity as
the senior official performing the duties of
the  Director  of  U.S.  Immigration  and
Customs        Enforcement;        U.S.
DEPARTMENT      OF      HOMELAND
SECURITY; MARKWAYNE MULLIN, in
his  official  capacity  as  Secretary  of
Homeland Security; U.S. DEPARTMENT
OF JUSTICE; TODD BLANCHE, in his
official capacity as Acting Attorney General;
GENERAL                    SERVICES
ADMINISTRATION;    and    EDWARD
FORST,  in  his  official  capacity  as
Administrator of General Services,

        Defendants.

———————————————————— x



26-cv-2130 (CM)

## ORDER

The Government's request at Dkt. No. 96 is GRANTED. The document filed as Plaintiffs' Second Amended Complaint at Dkt. No. 88 is STRICKEN.

Plaintiffs' request to add Reverend Juan Carlos Ruiz as a named plaintiff and for leave to file a proposed Second Amended Complaint, initially raised at Dkt. No. 97 and now presented by formal motion at Dkt. No. 102, remains pending. Defendants must respond to that motion on or before August 7, 2026.

**SO ORDERED.**

Dated: July 30, 2026
New York, New York

_____
U.S.D.J.