| | |
|---|---|
| **UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**<br><br>FR. FABIÁN ARIAS, *et al.*<br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.,*<br>Defendants. | 1:26-cv-02130 (CM)<br><br>**DECLARATION OF STEPHEN KELLY IN SUPPORT OF HIS SEPARATE AND UNCONDITIONAL MOTION TO WITHDRAW AS A NAMED PLAINTIFF** |

**DECLARATION OF STEPHEN KELLY IN SUPPORT OF HIS SEPARATE AND UNCONDITIONAL MOTION TO WITHDRAW AS A NAMED PLAINTIFF**

I, Stephen Kelly, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am a named Plaintiff and counsel for Plaintiffs in this action. I submit this declaration from personal knowledge in support of my separate motion to withdraw and be dropped as a named Plaintiff under Fed. R. Civ. P. 21.

2. I have reviewed the Court's June 22, 2026 Opinion and Order, ECF No. 62, including its discussion of the distinct responsibilities of a class representative under Fed. R. Civ. P. 23(a)(4) and class counsel under Fed. R. Civ. P. 23(g).

3. I have also reviewed the Court's July 20, 2026 Order, ECF No. 86. I understand that the Court declined to grant withdrawal in isolation because my prior request was presented as one part of a combined proposal involving Reverend Juan Carlos Ruiz and class counsel.

4. I now wish to withdraw as a Plaintiff unconditionally. My request does not depend on whether Reverend Ruiz is added as a plaintiff, whether I am appointed as interim or class counsel, whether a class is certified, or whether the Court grants any other relief.

5. I consent to being dropped as a party and proposed class representative under Fed. R. Civ. P. 21 and to dismissal of my individual claims in this action without prejudice.

6. I understand that, once the Court grants this motion, I will no longer be a party or proposed class representative in this action and will no longer receive the protection afforded to named Plaintiffs by the preliminary injunction. I accept those consequences regardless of the outcome of any other pending or future request.

7. I understand that granting this motion will not appoint me as interim or class counsel and will not establish my adequacy under Fed. R. Civ. P. 23(g). This motion seeks no such determination.

8. I have not received and will not receive any payment, settlement, promise, or other consideration for withdrawing. I do not seek to dismiss, compromise, release, or adjudicate any claim of any remaining Plaintiff or absent putative class member.

9. Consistent with the July 20 Order, I intend to continue representing the existing named Plaintiffs in their individual capacities. I understand that any future request concerning class counsel must be made separately and supported under Fed. R. Civ. P. 23(g).

10. I consent to the Clerk of Court terminating me as a party and amending the caption to remove my name as a Plaintiff.

11. I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 4, 2026, at New York, New York.
/s/ Stephen Kelly
Stephen Kelly