UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FR. FABIAN ARIAS et al.,

Plaintiffs,

v.

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT et al.,

Defendants.

Case No. 1:26-cv-021130 (CM)

## DECLARATION OF DISTRICT COMMANDER ANTON WELSH (FPS)

I, Anton Welsh, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I serve as the District Commander of the Federal Protective Service (FPS), a component of the U.S. Department of Homeland Security, overseeing federal buildings in Manhattan and Northern New Jersey.  I have held this position since November 2025, and I served as Area Commander for federal buildings in lower Manhattan from 2022 to 2025.  I have been employed with FPS since 2013, and I have been working in law enforcement since 2003.

2.      In my current position, I am responsible for supervising the activities of law enforcement personnel involved in compliance, enforcement, preliminary investigations, and inspections activities; reviewing, evaluating, and overseeing law enforcement and security operations and programs related to the protection of federal property and persons on the property; maintaining working relationships with federal, state, local, and tribal law enforcement agencies to ensure assistance for emergencies affecting federal facilities; overseeing and managing law enforcement operations and investigative activities related to the protection of federal property and persons on the property; managing the inspection processes for technical countermeasures at federal facilities, as well as the oversight of Protective Security Officer

(PSO) operations; and managing and supervising FPS personnel engaged in compliance, enforcement, investigation, and inspection activities related to the protection of federal property and persons on the property.

3.    I have reviewed the proposed Second Amended Complaint ("SAC") filed in the above-captioned matter and submit this declaration in support of the defendants' opposition to plaintiffs' request for leave to file the proposed SAC.  I make this declaration based on my personal knowledge and information made available to me in the course of my official duties.

4.    Pursuant to 40 U.S.C. § 1315, FPS is the primary law enforcement agency for the federal buildings at issue in this case, located at 26 Federal Plaza and 290 Broadway in Manhattan.

5.    As part of FPS's security responsibilities, FPS employs contract PSOs to monitor and protect federal buildings secured by FPS.  These officers serve as first-line onsite security for these buildings.  When there is a law enforcement or security concern, the PSOs are required to contact FPS law enforcement officers for response.  FPS is responsible for enforcing the rules governing security in federal buildings, including those related to building access, which are codified at 6 C.F.R. Part 139.

6.    PSOs operate under post orders specific to the type of post, the location of the post, and the duties associated with it.  The post orders direct the PSOs, among other things, to verify visitor authorization, check identification, ensure compliance with facility entry requirements as determined by the Facility Security Committee (FSC), issue visitor badges, and ensure proper escort and logging of visitors.  PSOs conduct administrative inspections to screen visitors and prevent entry for illegal weapons, explosives, and prohibited items, and enforce visitor identification requirements as set by the FSC for the facility.

7.    All visitors to 26 Federal Plaza and 290 Broadway are required to go through a security checkpoint.  The screening process does not depend on the visitor's destination: those who intend to visit immigration court are subject to the same security process as those visiting other locations within the building.  All visitors—regardless of their destination—are subjected to an administrative inspection whose purpose is to prevent weapons, explosives, and dangerous items from entering the facilities.  This process requires visitors to pass through a Walk-Through Metal Detector (WTMD) and, if the WTMD alerts, a second inspection.  That secondary inspection is conducted using either a handheld metal detector or a pat-down.  Visitors' belongings must be passed through an x-ray machine.

8.    If visitors refuse to go through this screening process, they are denied entry.

9.    At 26 Federal Plaza, visitors reporting to Immigration and Customs Enforcement (ICE) have a dedicated queuing line; all other visitors, including respondents appearing for scheduled immigration court visits and anyone accompanying them, are directed to another line.

10.    At 290 Broadway, there is a single queuing line for all visitors.

11.    Visitors are not required to present identification or letters or other proof of appointments in order to gain access to 26 Federal Plaza or 290 Broadway.

12.    These screening processes are necessary for the safety and security of the federal facilities and all employees and visitors within them.

13.    The need to ensure adequate security is underscored by recent security incidents, including one as recent as July 20, 2026, when—as has been widely reported—an individual attempted to set fire to the outside of the entrance of 26 Federal Plaza.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

3

Executed on August 6, 2026, at New York, NY.

_____
Anton Welsh

4