Case 1:26-cv-02130-CM Document 127 Filed 10/29/26 Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/30/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

FR. FABIÁN ARIAS, REV. JUAN CARLOS RUIZ, LAURA MCCALLUM, DEBBIE NATHAN, and DR. ZOEY PHILLIPS,

Plaintiffs,

-against-

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; DAVID J. VENTURELLA, in his official capacity as the senior official performing the duties of the Director of U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF JUSTICE; TODD BLANCHE, in his official capacity as Acting Attorney General; GENERAL SERVICES ADMINISTRATION; and EDWARD FORST, in his official capacity as Administrator of General Services,

Defendants.

Case No. 1:26-cv-02130 (CM)

**~~[PROPOSED]~~**

**ORDER EXTENDING TIME AND GRANTING LEAVE TO REFILE THE SECOND AMENDED COMPLAINT**

Upon consideration of ECF Nos. 118 and 116, the Court finds good cause and excusable neglect under Federal Rule of Civil Procedure 6(b)(1)(B), considering the brief delay, counsel's prompt request for relief and acceptance of responsibility, and the absence of material prejudice or disruption on the present record. Leave to refile is appropriate under Rule 15(a)(2). It is ORDERED:

1. Plaintiffs' motion at ECF No. 118 is GRANTED. The October 23, 2026 deadline for filing the Second Amended Complaint is extended through seven days after entry of this Order. Plaintiffs may file immediately.

2. Plaintiffs shall file and serve a signed Second Amended Complaint identical in substance to ECF No. 117, correcting only the caption as required by the Clerk, including every party's name without "et al." Plaintiffs shall use the Second Amended Complaint event, select the filers and defendants individually, and file this Order as an Exhibit to Pleading, as directed by the Clerk.

3. The corrected pleading shall become operative upon filing. Leave is limited to those caption corrections and does not adjudicate the sufficiency or merits of the claims. No other existing deadline is altered.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 118.

**SO ORDERED.**

Dated: 10/30/2026
New York, New York

COLLEEN McMAHON
United States District Judge